OCTOBER 29, 2001

No. 01–5938. WASHINGTON *v.* CITY OF LAKE CHARLES ET AL. C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 01–6295. MULAZIM *v.* MICHIGAN DEPARTMENT OF CORRECTIONS ET AL. C. A. 6th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. D–2275. IN RE DISCIPLINE OF WRIGHT. Edward L. Wright, Jr., of Little Rock, Ark., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2276. IN RE DISCIPLINE OF MERRIWETHER. Keith M. Merriwether III, of Mineola, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2277. IN RE DISCIPLINE OF DONOVAN. Thomas Francis Donovan, of Fayetteville, Ark., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2278. IN RE DISCIPLINE OF NAPOLITANO. John J. Napolitano, of Oyster Bay Cove, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2279. IN RE DISCIPLINE OF GADYE. Ross M. Gadye, of New York, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.